**FILED**

Date: 02//05/2021 via: **dropbox**

Clerk, U.S. Bankruptcy
Orlando Division

## United States Bankruptcy Court
### Middle District of Florida

In re   JEAN ROBENSON DEMESMIN  
                    Debtor(s)

Case No.   21-442  
Chapter    13

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing SCHEDULE A/B, consisting of __0__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 5, 2021**         Signature  _[signature]_  
                                              JEAN ROBENSON DEMESMIN  
                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.