UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                CASE NO.: 6:21-bk-00442-LVV
                                                                                  CHAPTER 13

**Jean Robenson Demesmin,**
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**6409 CONGRESS AVENUE, SUITE 100**
**BOCA RATON, FL 33487**

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Authorized Agent for Secured Creditor
                                         6409 Congress Avenue, Suite 100
                                         Boca Raton, FL 33487
                                         Telephone: 470-321-7112

                                         By: /s/Keith Labell
                                                Keith Labell
                                                Email: klabell@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 18, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JEAN ROBENSON DEMESMIN
6204 TREMAYNE DR.
MOUNT DORA, FL 32757

And via electronic mail to:

LAURIE K WEATHERFORD
POST OFFICE BOX 3450
WINTER PARK, FL 32790

UNITED STATES TRUSTEE - ORL7/13, 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

                                                                       By: /s/ Oyindamola Odulaja
                                                                       Oyindamola Odulaja
                                                                       Email: oodulaja@raslg.com