**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                              CASE NO.: 6:21-bk-00442-LVV
Jean Robenson Demesmin,                                              CHAPTER 13
        Debtor.
_____/

### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Deutsche Bank National Trust Company as Trustee for NovaStar Mortgage Funding Trust, Series 2006-5 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-5 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Amended Chapter 13 Plan (DE #8), and states as follows:

1. Debtor, Jean Robenson Demesmin ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 29, 2021.

2. Secured Creditor holds a security interest in the Debtor's real property located at 6204 Tremayne Dr, Mount Dora, FL 32757, by virtue of a Mortgage recorded on September 25, 2006 at Book 8879, Page 0202 of the Public Records of Lake County, FL. Said Mortgage secures a Note in the amount of $477,800.00.

3. The Debtor filed an Amended Chapter 13 Plan on February 05, 2021.

4. Pursuant to the loan documents, the regular monthly mortgage payment due is $1,842.47, Debtor has not indiciated the amount of thier post-petition payments in the Plan or who is responsible for making those payments to Secured Creditor. Further, the monthly payment may be subject to periodic adjustments for escrow and/or variable interest rates, thus requiring amendment during the pendency of the Plan. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. § 1325(a)(5) and cannot be confirmed. Secured Creditor objects to the Plan and to any plan which does not appropriately provide for the correct regular monthly mortgage payment.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/Keith Labell
Keith Labell, Esquire
Florida Bar Number 0109158
Email: klabell@raslg.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on February 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAURIE K WEATHERFORD
POST OFFICE BOX 3450
WINTER PARK, FL 32790

JEAN ROBENSON DEMESMIN
6204 TREMAYNE DR.
MOUNT DORA, FL 32757

UNITED STATES TRUSTEE - ORL7/13, 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

                By: /s/Ryan Keliher
                Ryan Keliher
                Email: rkeliher@raslg.com