ORDERED.

Dated: May 26, 2021

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No.: 6:21-bk-00442-LVV

In re:

JEAN ROBENSON DEMESMIN,

    Debtor(s).
_____/

## ORDER DISMISSING CHAPTER 13 CASE

THIS CASE came on for hearing on May 25, 2021 on the Motion to Dismiss Case for Failure to Attend Section 341 Meeting of Creditors and Request for two (2) Year Injunction (Document No. 16).  The court having heard from the Trustee and being otherwise advised in the premises finds that the motion has merit and should be granted.

Accordingly, it is

**ORDERED:**

1.    The motion is granted and this case is dismissed with prejudice.

2.    Pursuant to the provisions of 11 U.S.C. Section 105(a) and 11 U.S.C. Section 109(g), the Debtor is prohibited from filing a proceeding under title 11 for a period of two (2) years from the date of this Order.  Any attempt to invoke the automatic stay provisions of 11 U.S.C. Section 362 is hereby annulled during the injunction period provided above.

3.    If Debtor files a motion to vacate or for reconsideration of the Order Dismissing the Case within 14 days of the date of this Order, the automatic stay imposed by 11 U.S.C. § 362

and the stay of action against codebtor under 11 U.S.C. § 1301 shall remain in full force and effect until the Court rules on the motion.

      4.      All pending hearings are canceled with the exception of any scheduled hearing on a motion for relief from stay that is currently scheduled for hearing within 14 days of the date of this Order or on an Order to Show Cause over which the Court hereby reserves jurisdiction.

      5.      Notwithstanding any other Court orders, the Trustee shall return to Debtor, or if Debtor is represented by an attorney, to Debtor in care of Debtor's attorney, any remaining funds on hand not previously disbursed and shall thereafter file the Trustee's final report. Upon the filing of the final report, the Trustee will be discharged of all duties as Trustee.

      6.      Debtor, the Trustee, or any party in interest may, within 14 days of the date of this Order, file a motion requesting the Court to examine the fees paid to Debtor's attorney and for the disgorgement of any portion of the fees deemed excessive.  The Court shall retain jurisdiction for this purpose.

The Trustee is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the Order.